IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01302-LTB

GARY ROBERT MILLER,

    Applicant,

v.

EL PASO COUNTY SHERIFF TERRY MAKITA,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 20, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 20th day of June, 2014.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/K Lyons
                                Deputy Clerk